**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN**
**GRAND RAPIDS DIVISION**

| | | |
|---|---|---|
| In re: SHELDEN, DOUGLAS L. | § | Case No. 12-05755 |
| SHELDEN, LISA M. | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Jeffrey A. Moyer, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $192,718.00                    Assets Exempt: $33,118.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $3,167.61       Claims Discharged
                                                 Without Payment: $183,560.11

Total Expenses of Administration: $1,350.40

---

3) Total gross receipts of $ 8,753.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 4,234.99 (see **Exhibit 2**), yielded net receipts of $4,518.01 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $208,813.66 | $16,175.04 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,350.40 | 1,350.40 | 1,350.40 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 16,238.48 | 23,961.85 | 22,151.03 | 3,167.61 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 128,094.95 | 62,308.85 | 61,877.60 | 0.00 |
| **TOTAL DISBURSEMENTS** | $353,147.09 | $103,796.14 | $85,379.03 | $4,518.01 |

4) This case was originally filed under Chapter 7 on June 19, 2012. The case was pending for 27 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/16/2014          By: /s/Jeffrey A. Moyer
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Non-exempt 2012 Tax Refunds | 1224-000 | 8,753.00 |
| **TOTAL GROSS RECEIPTS** | | **$8,753.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Douglas & Lisa Shelden | Non-property of the estate portion of 2012 tax refunds | 8100-002 | 4,234.99 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$4,234.99** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | Michigan Department of Treasury | 4800-000 | N/A | 3,319.15 | 0.00 | 0.00 |
| 8 | Stuart Allen & Assoc., and JS Sales Co Inc | 4220-000 | N/A | 12,855.89 | 0.00 | 0.00 |
| NOTFILED | Bank of America | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Founders Bank & Trust | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Founders Bank & Trust | 4110-000 | 24,633.92 | N/A | N/A | 0.00 |
| NOTFILED | Founders Bank & Trust | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 4110-000 | 184,179.74 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$208,813.66** | **$16,175.04** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Jeffrey A. Moyer | 2100-000 | N/A | 1,129.50 | 1,129.50 | 1,129.50 |
| Jeffrey A. Moyer | 2200-000 | N/A | 37.73 | 37.73 | 37.73 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 12.78 | 12.78 | 12.78 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| The Bankruptcy Group, Inc. | 2300-000 | N/A | 20.39 | 20.39 | 20.39 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,350.40 | $1,350.40 | $1,350.40 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | Internal Revenue Service | 5800-000 | 9,793.00 | 20,340.21 | 20,340.21 | 2,908.66 |
| 7P | Michigan Department of Treasury | 5800-000 | N/A | 1,810.82 | 0.00 | 0.00 |
| 7P-2 | Michigan Department of Treasury | 5800-000 | 3,253.93 | 1,810.82 | 1,810.82 | 258.95 |
| NOTFILED | Internal Revenue Service Centralized Insolvency | 5800-000 | 3,191.55 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $16,238.48 | $23,961.85 | $22,151.03 | $3,167.61 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC | 7100-000 | 3,377.19 | 5,006.94 | 5,006.94 | 0.00 |
| 2 | Atlas Acquisitions LLC | 7100-000 | 1,540.17 | 1,102.65 | 1,102.65 | 0.00 |
| 3 | Atlas Acquisitions LLC | 7100-000 | 200.00 | 371.85 | 371.85 | 0.00 |
| 4 | Pamela Hutson | 7100-000 | 20,145.00 | 23,978.91 | 23,978.91 | 0.00 |
| 7U | Michigan Department of Treasury | 7100-000 | N/A | 431.25 | 0.00 | 0.00 |
| 7U-2 | Michigan Department of Treasury | 7100-000 | N/A | 431.25 | 431.25 | 0.00 |
| 9 | American Express Bank FSB | 7100-000 | N/A | 9,523.38 | 9,523.38 | 0.00 |
| 10 | eCAST Settlement Corporation | 7100-000 | 133.50 | 87.79 | 87.79 | 0.00 |
| 11 | American Express Bank FSB | 7100-000 | N/A | 4,721.82 | 4,721.82 | 0.00 |
| 12 | Founders Bank & Trust | 7100-000 | N/A | 16,653.01 | 16,653.01 | 0.00 |
| NOTFILED | GE Capital | 7100-000 | 335.86 | N/A | N/A | 0.00 |
| NOTFILED | Internal Revenue Service Centralized Insolvency | 7100-000 | 765.00 | N/A | N/A | 0.00 |
| NOTFILED | JS Sales Co. Inc. c/o John P. Hintz | 7100-000 | 8,412.00 | N/A | N/A | 0.00 |
| NOTFILED | LTD Acquisitions, LLC c/o Weber & Olcese, PLC | 7100-000 | 37,746.78 | N/A | N/A | 0.00 |
| NOTFILED | Karl Geiger Water Well Constru | 7100-000 | 1,974.69 | N/A | N/A | 0.00 |
| NOTFILED | US Small Business Administrati | 7100-000 | 2,862.17 | N/A | N/A | 0.00 |
| NOTFILED | US Small Business Administrati | 7100-000 | 29,904.36 | N/A | N/A | 0.00 |
| NOTFILED | Stuart Allen & Assoc. c/o Burton Lippman Law Group | 7100-000 | 8,413.63 | N/A | N/A | 0.00 |
| NOTFILED | United Memorial Hospital | 7100-000 | 598.00 | N/A | N/A | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Dickinson Financial, LLC c/o Michael Stillman | 7100-000 | 6,648.45 | N/A | N/A | 0.00 |
| NOTFILED | Pathology Laboratory | 7100-000 | 50.57 | N/A | N/A | 0.00 |
| NOTFILED | CitiBank | 7100-000 | 4,962.58 | N/A | N/A | 0.00 |
| NOTFILED | Dermatology Center of Grand Ra | 7100-000 | 25.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$128,094.95** | **$62,308.85** | **$61,877.60** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 12-05755  
**Case Name:** SHELDEN, DOUGLAS L.  
SHELDEN, LISA M.  
**Period Ending:** 10/16/14

**Trustee:** (420410)   Jeffrey A. Moyer  
**Filed (f) or Converted (c):** 06/19/12 (f)  
**§341(a) Meeting Date:** 07/24/12  
**Claims Bar Date:** 05/01/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Residence 14240 19 Mile Road Gowen, MI 49326 Val | 159,600.00 | 0.00 | | 0.00 | FA |
| 2 | Cash on Hand Location: In debtor's possession | 40.00 | 0.00 | | 0.00 | FA |
| 3 | Checking account Commercial Bank Location: In de | 200.00 | 0.00 | | 0.00 | FA |
| 4 | Savings account Commercial Bank Location: In deb | 100.00 | 0.00 | | 0.00 | FA |
| 5 | Hot tub Location: In debtor's possession | 1,500.00 | 0.00 | | 0.00 | FA |
| 6 | Household Goods Location: In debtor's possession | 9,000.00 | 0.00 | | 0.00 | FA |
| 7 | Precious Moments Collection Location: In debtor' | 500.00 | 0.00 | | 0.00 | FA |
| 8 | Clothing Location: In debtor's possession | 2,000.00 | 0.00 | | 0.00 | FA |
| 9 | Wedding ring and costume jewelry Location: In de | 3,000.00 | 0.00 | | 0.00 | FA |
| 10 | Wedding ring and jewelry Location: In debtor's p | 500.00 | 0.00 | | 0.00 | FA |
| 11 | Firearms - 12 Gauge Shotgun, 30/30, 7 mill Locat | 300.00 | 0.00 | | 0.00 | FA |
| 12 | Term policy through current employer death benef | 1.00 | 0.00 | | 0.00 | FA |
| 13 | Term policy through spouse's employer $10,000.00 | 1.00 | 0.00 | | 0.00 | FA |
| 14 | 403B through employer Location: In debtor's poss | 12,000.00 | 0.00 | | 0.00 | FA |
| 15 | 2001 Jaguar Value based on NADA Location: In deb | 2,575.00 | 0.00 | | 0.00 | FA |
| 16 | 2007 Ford Explorer Leased vehicle - right to use | 1.00 | 0.50 | | 0.00 | FA |
| 17 | Lawn tractor Location: In debtor's possession | 1,200.00 | 0.00 | | 0.00 | FA |
| 18 | Moped - not running Location: In debtor's posses | 200.00 | 0.00 | | 0.00 | FA |
| 19 | Non-exempt 2012 Tax Refunds  (u) | 8,753.00 | 8,753.00 | | 8,753.00 | FA |
| 20 | Possible non-exempt motorcycle  (u) | 0.00 | 0.00 | | 0.00 | FA |
| 20 | **Assets   Totals** (Excluding unknown values) | **$201,471.00** | **$8,753.50** | | **$8,753.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

09/22/14  Send checks to creditors.

08/11/14  Sent TFR to U.S. Trustee's Office.

8/8/14 - Filed Withdrawal of Motion to Compel Turnover.

6/16/14 - Adjourned 6/17 hearing to 8/11 at 1:30 p.m. due to still trying to obtain information from State to verify Debtor's explanation on undisclosed motorcycle and 4 wheeler; Sent e-mail to B. White with adjourned date of hearing, request for exact model of 4 Wheeler so title history may be completed.

6/2/14 - Received title history on 4 Wheeler back from State saying they needing exact model.

Printed: 10/16/2014 10:36 AM    V.13.15

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 12-05755  
**Case Name:** SHELDEN, DOUGLAS L.  
SHELDEN, LISA M.  
**Period Ending:** 10/16/14

**Trustee:** (420410) Jeffrey A. Moyer  
**Filed (f) or Converted (c):** 06/19/12 (f)  
**§341(a) Meeting Date:** 07/24/12  
**Claims Bar Date:** 05/01/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

5/15/14 - Sent title history requests to State of Michigan on 2004 Harley Davidson and 2002 yamaha four wheeler.

4/28/14 - Called and adjourned hearing on motion to compel turnover to 6/17.

4/24/14 - Received correspondence from B. White stating 2002 Yamaha Four Wheeler was sold in 2006 or 2007 to brother, 2004 Adly is moped listed and exempted on schedules, and 2004 Harley Davidson was in accident in 2006, traded in towards purchase of truck. Adjourning hearing to get title histories on four wheeler and Harley to verify information.

4/15/14 - Served Motion to Compel Turnover and Notice of Hearing on interested parties, filed POS. Hearing set for 4/29/14 at 1:30 p.m.

4/11/14 - Filed Motion to Compel Turnover of undisclosed, non-exempt 2002 Yamaha 4 Wheeler, 2004 Adly Motorcycle and 2004 Harley Davidson and/or bills of sales showing sales.

02/03/14  Debtor H has 2002 Yamaha 4 wheeler, 2004 Adly Motorcycle and Debtor W has 2004 Harley Davidson.

1/24/14  T to rqst info from UST on undisclosed motorcycles.

10/30/13  T rvwed file for allegations of diverted business, undisclosed income, assets.

06/07/13  Trustee looking file over for possible fraudulent claims.

05/29/13  Debtor called and wanted to know where the money would go that we kept.  Looked at Proof of Claims and since he owes the IRS and State of Michigan it would go to them.  Said he was going to put his check in the bank and after the TFR is done finishing paying them off.

5/21/13 - Sent check of $4,234.99 to Debtors representing non-property of the estate portion of 2012 tax refunds.

5/21/13  JM rcvd cys od Ds' joint 2012 St of  MI tax rtn showing refund of $974; pro-rated amt = $4,518.01, Ds to rcv chk back for $4,234.99.

4/15/13 - Sent letter to B. White requesting copies of Debtors' 2012 State tax returns for proration of non-exempt portion of 2012 tax refunds.

4/5/13  JM rcvd, deposited Ds' 2012 IRS joint refund chk for $8,753, nothing claimed as exempt.

1/4/13 - Realtor Craig Dunlap preparing to list real property for sale for possible short sale.

10/29/12 - Filed Withdrawal of Trustee's Report of No Distribution.

**Initial Projected Date Of Final Report (TFR):**    June 18, 2014         **Current Projected Date Of Final Report (TFR):**    August 11, 2014  (Actual)

October 16, 2014  
Date

/s/ Jeffrey A. Moyer  
Jeffrey A. Moyer

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 12-05755 | | Trustee: | Jeffrey A. Moyer (420410) |
|---|---|---|---|---|
| Case Name: | SHELDEN, DOUGLAS L. | | Bank Name: | Rabobank, N.A. |
| | SHELDEN, LISA M. | | Account: | ******1166 - Checking Account |
| Taxpayer ID #: | **-***4398 | | Blanket Bond: | $2,000,000.00   (per case limit) |
| Period Ending: | 10/16/14 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/05/13 | {19} | United States Treasury | Debtors' 2012 joint IRS refund, including non-property of estate portion | 1224-000 | 8,753.00 | | 8,753.00 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 8,743.00 |
| 05/21/13 | 101 | Douglas & Lisa Shelden | Non-property of the estate portion of 2012 tax refunds | 8100-002 | | 4,234.99 | 4,508.01 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.78 | 4,495.23 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,485.23 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,475.23 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,465.23 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,455.23 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,445.23 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,435.23 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,425.23 |
| 01/14/14 | 102 | The Bankruptcy Group, Inc. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/14/2014 FOR CASE #12-05755 | 2300-000 | | 20.39 | 4,404.84 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,394.84 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,384.84 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,374.84 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,364.84 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,354.84 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,344.84 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,334.84 |
| 09/22/14 | 103 | Jeffrey A. Moyer | Dividend paid 100.00% on $1,129.50, Trustee Compensation;  Reference: | 2100-000 | | 1,129.50 | 3,205.34 |
| 09/22/14 | 104 | Jeffrey A. Moyer | Dividend paid 100.00% on $37.73, Trustee Expenses;  Reference: | 2200-000 | | 37.73 | 3,167.61 |
| 09/22/14 | 105 | Internal Revenue Service | Dividend paid 14.30% on $20,340.21; Claim# 5; Filed: $20,340.21; Reference: | 5800-000 | | 2,908.66 | 258.95 |
| 09/22/14 | 106 | Michigan Department of Treasury | Dividend paid 14.30% on $1,810.82; Claim# 7P-2; Filed: $1,810.82; Reference: | 5800-000 | | 258.95 | 0.00 |
| | | | ACCOUNT TOTALS | | 8,753.00 | 8,753.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 8,753.00 | 8,753.00 | |
| | | | Less: Payments to Debtors | | | 4,234.99 | |
| | | | NET Receipts / Disbursements | | $8,753.00 | $4,518.01 | |

{} Asset reference(s)

Printed: 10/16/2014 10:36 AM     V.13.15

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 12-05755 | | **Trustee:** | Jeffrey A. Moyer (420410) |
| --- | --- | --- | --- | --- |
| **Case Name:** | SHELDEN, DOUGLAS L. | | **Bank Name:** | Rabobank, N.A. |
| | SHELDEN, LISA M. | | **Account:** | ******1166 - Checking Account |
| **Taxpayer ID #:** | **-***4398 | | **Blanket Bond:** | $2,000,000.00   (per case limit) |
| **Period Ending:** | 10/16/14 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | **TOTAL - ALL ACCOUNTS** | | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
| | | | **Checking # ******1166** | | 8,753.00 | 4,518.01 | 0.00 |
| | | | | | $8,753.00 | $4,518.01 | $0.00 |

October 16, 2014                                           /s/ Jeffrey A. Moyer
_____                                    _____
Date                                                        Jeffrey A. Moyer

{} Asset reference(s)                                                   Printed: 10/16/2014 10:36 AM    V.13.15